UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA          §
                                  §
vs.                               §          NO:   WA:23-CR-00198(1)-ADA
                                  §
(1) PATRICK PORTER                §

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  September 29,

2023 the United States Probation Office filed a Petition For Warrant or Summons For

Offender Under Supervision for Defendant (1) PATRICK PORTER, which alleged that

Porter violated a condition of his supervised release and recommended that Porter 's

supervised release be revoked (Clerk's  Document No. 3).  A warrant issued and Porter

was arrested.  On Ocotber 6, 2023, Porter appeared before a United States Magistrate

Judge, was ordered detained, and a revocation of supervised release hearing was set..

Porter appeared before the magistrate judge on October 31, 2023, waived his right

to a preliminary hearing and to be present before the United States District Judge at the

time of modification of sentence, and consented to allocution before the magistrate judge.

Following the hearing, the magistrate judge signed his report and recommendation on

October 31, 2023, which provides that having carefully considered all of the arguments

and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Porter, the magistrate judge recommends that this court continue Porter supervised release.   The magistrate judge recommends the additional following special conditions: Defendant is ORDERED to obtain counseling services, at Defendant's own expense, with a provider acceptable to Defendant's probation officer. If Defendant violates his supervised release during the remainder of his supervised release, he is ORDERED to appear specifically before the undersigned judge for any future revocation proceedings   (Clerk's  Document  No. 18).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On October 31, 2023, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

17). The court, having reviewed the entire record  and  finding no plain  error, accepts

and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 18 )  is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) PATRICK PORTER's term of

supervised  release is hereby CONTINUED.  In addition, defendant Porter shall comply

with the following special conditions: Defendant is ORDERED to obtain counseling

services, at Defendant's own expense, with a provider acceptable to Defendant's

probation officer. If Defendant violates his supervised release during the remainder of his

supervised release, he is ORDERED to appear specifically before the undersigned judge

for any future revocation proceedings.

**IT IS FURTHER  ORDERED**  that all prior conditions of supervised release are

reimposed.

Signed this 1st day of November, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE